```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 00210
    JEANNIE W HOWELL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5273


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 01/04/2005 and was confirmed 02/16/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 05/27/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED            11500.00       1463.95      11500.00
AMERICREDIT FINANCIAL SV  UNSECURED          13452.21          .00        1345.22
FRANKLIN CREDIT MANAGEME  SECURED            10125.00        772.31      10125.00
CITY OF CHICAGO WATER DE  SECURED NOT I    NOT FILED          .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00          .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      2250.00          .00         2250.00
PORTFOLIO RECOVERY ASSOC  SECURED                .00          .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY            712.01          .00          712.01
INTERNAL REVENUE SERVICE  SECURED NOT I      6464.34          .00            .00
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED          .00            .00
ADT SECURITY SYSTEMS      UNSECURED        NOT FILED          .00            .00
CAPITAL ONE BANK          UNSECURED           644.77          .00           64.48
SOUTHSHORE HOSPITAL       UNSECURED        NOT FILED          .00            .00
FORD MOTOR CREDIT         UNSECURED        NOT FILED          .00            .00
LANE BRYANT               UNSECURED        NOT FILED          .00            .00
CAPITAL ONE BANK          UNSECURED           499.56          .00           49.96
SPRINT                    UNSECURED        NOT FILED          .00            .00
ORCHARD BANKCARD SERVICE  UNSECURED        NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED          .00            .00
PROVIDIAN                 UNSECURED        NOT FILED          .00            .00
STEVEN J FINK & ASSOCS    UNSECURED        NOT FILED          .00            .00
ACCOUNTS RECEIVABLE SERV  UNSECURED           778.16          .00           77.82
ROBERT J ADAMS & ASSOC    REIMBURSEMENT       210.00          .00          210.00
CITIFINANCIAL             UNSECURED             .03           .00            .00
INTERNAL REVENUE SERVICE  UNSECURED          8755.74          .00          875.57
ILLINOIS DEPT OF REVENUE  UNSECURED           169.05          .00           16.91
INTERNAL REVENUE SERVICE  PRIORITY           1810.94          .00         1810.94
PORTFOLIO RECOVERY ASSOC  UNSECURED         11151.75          .00         1115.18
ROBERT J ADAMS & ASSOC    DEBTOR ATTY       2,300.00                     2,300.00
TOM VAUGHN                TRUSTEE                                        2,098.44
DEBTOR REFUND             REFUND                                           746.72


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 00210 JEANNIE W HOWELL
```

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 37,534.51 | |
| PRIORITY | | 2,732.95 |
| SECURED | | 23,875.00 |
| INTEREST | | 2,236.26 |
| UNSECURED | | 3,545.14 |
| ADMINISTRATIVE | | 2,300.00 |
| TRUSTEE COMPENSATION | | 2,098.44 |
| DEBTOR REFUND | | 746.72 |
| TOTALS | 37,534.51 | 37,534.51 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE